UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Carey Hamilton</u>

        v.                                     Civil No. 11-cv-360-PB

<u>United States of America</u>

<u>O R D E R</u>

    Attorney Anthony Ortiz Shall produce his file from his representation of Carey Hamilton in criminal docket number 07-cr-207-PB-1 immediately, and cooperate with assigned counsel representing Hamilton in the § 2255 Petition.

    SO ORDERED.

November 3, 2011

                                                       */s/ Paul Barbadoro*
                                                       Paul Barbadoro
                                                       United States District Judge

cc:    Philip H. Utter, Esq.
        Seth R. Aframe, Esq.
        Anthony K. Ortiz, Esq.